# New York Marine Court.

*Trial Term—June,* 1882.

## DANIEL J. DOWNEY, Receiver, &c., of JOHN HOGAN, *against* PAUL McGINN.

The settlement of a disputed account at any sum the parties fix upon is a good accord and satisfaction, but an error of addition in figuring up the account does not conclude the parties, although a receipt in full has been given, and the amount of the error in the addition (not having been considered in the settlement) may be recovered.

*Charles Blandy,* for plaintiff.

*A. Cardozo,* for defendant.

McADAM, J.—The receipt signed "February 19, 1877. Received payment in full. John Hogan," is conclusive as to the item of $363, which constitutes the difference between $1.10 and $1.12 per foot for 18,153 feet of bridge stone. Maginn claimed that he had agreed to pay only $1.10 and Hogan claimed $1.12. The account was to this extent *disputed,* and the par-

ties had the right to adjust it in the way they did. (Cook *v.* Knapp, 8 *N. Y.* 402 ; Palmenton *v.* Hoxford, 4 *Den.* 166 ; Pierce *v.* Pierce, 25 *Barb*, 243 ; Neary *v.* Bostwick, 2 *Hill.* 514 ; and 1 *Den.* 257 ; 14 *Wend.* 116 ; 46 *N. Y.* 640 ; 10 *Id.* 445). But the error of addition presents a different question. The bill calls for 18,153 feet of bridge stone at $1.12, and the gross amount is figured out at $20,251.36. It really

| | |
|---|---|
| figures out . . . . . . . | $20,331.36 |
| Deducting the figures on the bill . . | 20,251.36 |

Leaves an error in plaintiff's favor of     $80.00

This discrepancy appears on the face of the bill. Assuming, as I must, that both parties acted upon the assumption that the computation and figures were correct, a *mutual* error of fact is established as to the $80 aforesaid, in respect to which the receipt is not conclusive (See Williams *v.* Carrington, 1 *Hilt.* 515). The principle is founded in the rule, that if parties believing that a certain state of facts exists, come to an agreement with such belief for its basis, on discovering their mutual error, they are remitted to their original rights (4 *Ind.* 43 ; 40 *N. Y.* 391 ; 4 *Bosw.* 337 ; 7 *Mich.* 325). The motion to dismiss the complaint will be denied, and the action allowed to proceed as the $80 only.